OFFICE OF DISCIPLINARY COUNSEL v. BOOHER.

[Cite as *Disciplinary Counsel v. Booher* (1997), 79 Ohio St.3d 1223.]

(No. 95–2554—Submitted and decided July 9, 1997.)

1224

IT IS ORDERED by this court that Michael R. Booher, a.k.a. Michael Robert Booher, is hereby reinstated to the practice of law in the state of Ohio.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Booher* (1996), 75 Ohio St.3d 509, 664 N.E.2d 522.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.